Russell Brown
CHAPTER 13 TRUSTEE
3838 North Central Avenue
Suite 800
Phoenix, Arizona 85012-1965
602.277.8996
*mail@ch13bk.com*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re

MICHAEL DAVID VALENZUELA,

and

PAULINE ELIZABETH VALENZUELA,

Debtors.

Chapter 13

Case No. 0-24-bk-09912 SHG

**TRUSTEE'S NOTICE OF INTENT TO LODGE DISMISSAL ORDER**

Russell Brown, Chapter 13 Trustee, pursuant to L.R.B.P. 2084-10(b), provides notice of intent to lodge a dismissal order for failure of the Debtors to comply with the Recommendation or file an objection to the Recommendation and obtain a hearing date. The Trustee could lodge a dismissal order 13 calendar days after serving this Notice. A copy of the proposed Order Dismissing Case is attached.

_____
Russell Brown, Trustee
Rachel Flinn, Esq., Attorney for Trustee

A copy of this Notice of Intent to Lodge Dismissal Order and the proposed order were served by mail or email to the Debtors and Debtors' attorney on the date signed to:

    TREGUBOFF LAW, PLC
    JASON S. TREGUBOFF
    P. O. BOX 2385
    LITCHFIELD PARK, AZ   85340
    jtreguboff@tregerlaw.com
    Attorney for Debtors


    MICHAEL DAVID VALENZUELA
    PAULINE ELIZABETH VALENZUELA
    11475 EAST 27TH PLACE
    YUMA, AZ   85367

_____
Dawn Smith

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re | Chapter 13 |
|---|---|
| MICHAEL DAVID VALENZUELA, | Case No. 0-24-bk-09912 SHG |
| and | **ORDER DISMISSING CASE** |
| PAULINE ELIZABETH VALENZUELA, | |
| Debtors. | |

The Trustee having notified the Court that the Debtors failed to comply with the Trustee's Recommendation as required by Local Rule 2084-10, the Court finds cause for dismissing the case pursuant to 11 U.S.C. § 1307(c)(1). The Trustee provides the following reason(s) for lodging a dismissal order:

**Failure to comply with Trustee's Recommendation, failure to return the revised proposed stipulated order confirming and to increase plan funding.**

**NOW, THEREFORE, IT IS ORDERED:**

(A) This case is dismissed and the Clerk of the Court will give notice of the dismissal to all parties in interest;

(B) A motion to reinstate the case may be granted without a hearing if the Trustee approves the proposed reinstatement order. If the Trustee does not approve of reinstatement of the case, the Debtors must set the matter for hearing. L.R.B.P. 2084-17.

(C) The Trustee will retain the funds in the case pending Court approval of the payment of administrative expenses of the attorney for the Debtors. If the Chapter 13 Plan contains an application for payment of administrative expenses and no party in interest filed an objection to the application, then the counsel for the Debtors may lodge an order approving the application within 10 calendar days after the Court enters this Dismissal Order. Alternatively, counsel for the Debtors has 10 calendar days after the Court enters this Dismissal Order to file and notice out a separate fee application to the Trustee and parties in interest. If the attorney for the Debtors fails to timely lodge such Order or file a fee application, the Trustee may pay out the funds according to this Order;

(D) The Trustee is to pay from the funds on hand conduit mortgage payments and any adequate protection payments previously ordered by the Court or as provided in Local Rule 2084-6, then to any allowed administrative expenses. If there is an insufficient amount of funds on hand to pay conduit mortgage payments and adequate protection payments, then the Trustee shall pay such amounts pro rata. After payment of conduit mortgage payments, adequate protection payments, and administrative expenses, the Trustee will return any remaining funds to the Debtors; and

(E) If the Court previously entered a payroll deduction order on the Debtors' wages, then the Court vacates that order.

ORDER SIGNED AND DATED ON PAGE ONE

A copy of the proposed Order was mailed or emailed to:

MICHAEL DAVID VALENZUELA
PAULINE ELIZABETH VALENZUELA
11475 EAST 27TH PLACE
YUMA, AZ 85367

TREGUBOFF LAW, PLC
JASON S. TREGUBOFF
P. O. BOX 2385
LITCHFIELD PARK, AZ 85340-2385
jtreguboff@tregerlaw.com
Attorney for Debtors

_____
D Smith
dsmith@ch13bk.com